UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAYRANGE INC.,

      Plaintiff,

v.

KIOSOFT TECHNOLOGIES, LLC and
TECHTREX, INC.,

      Defendants.

CASE NO.: 1:20-cv-24342-RNS

**MOTION FOR NEIL N. DESAI TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

      In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of **Neil N. Desai** of the law firm of Wilson Sonsini Goodrich & Rosati, P.C. located at 633 West Fifth Street, Suite 1550 Los Angeles, CA 90071-2027, and available by phone at (323) 210-2900, for purposes of appearance as co-counsel on behalf of Plaintiff, PayRange Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Neil N. Desai to receive electronic filings in this case, and in support thereof states as follows:

      1.     Neil N. Desai is not admitted to practice in the Southern District of Florida and is a member in good standing of the California State Bar, the U.S. District Court for the Northern, Central, Southern and Eastern Districts of California, and the U.S. District of Eastern Texas.

      2.     Movant, Joseph R. Englander, Esquire, of the law firm of Fowler White Burnett located at 1395 Brickell Avenue, 14th Floor, Miami, FL 33131, and available by phone at (305) 789-9200, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and

serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Neil N. Desai has made payment of this Court's $200.00 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Neil N. Desai, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Neil N. Desai at email address: ndesai@wsgr.com.

WHEREFORE, Joseph R. Englander moves this Court to enter an Order for Neil N. Desai, to appear before this Court on behalf of Plaintiff, PayRange Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Neil N. Desai.

Dated: November 20, 2020

Respectfully submitted,

*/s/ Joseph R. Englander*
Joseph R. Englander, Esq.
Florida Bar No. 935565
FOWLER WHITE BURNETT. P.A.
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Tel:    (305) 789-9259
Fax:   (305) 728-7559
E-mail: jenglander@fowler-white.com

*Counsel for Plaintiff PayRange Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Joseph R. Englander*
Joseph R. Englander

## SERVICE LIST
*PAYRANGE INC. v. KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC.*
*CASE NO. 1:20-cv-24342-RNS*

James C. Yoon (PHV pending)
Ryan R. Smith (PHV pending)
Neil N. Desai (PHV pending)
Jamie Y. Otto (PHV pending)
G. Edward Powell (PHV pending)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100
jyoon@wsgr.com
rsmith@wsgr.com
ndesai@wsgr.com
jotto@wsgr.com
epowell@wsgr.com

*Counsel for Plaintiff, PAYRANGE INC.*

*Via E-Mail*

John A. Camp
Ice Miller LLP
7300 Biscayne Boulevard, Suite 200
Miami, Florida 33138
Phone: 305-341-9055
John.Camp@icemiller.com

*Counsel for Defendants KioSoft Technologies, LLC and TechTrex, Inc.*

*Via E-Mail*