STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAYRANGE INC.,

    Plaintiff,

v.

KIOSOFT TECHNOLOGIES, LLC and
TECHTREX, INC.,

    Defendants.

CASE NO.: 1:20-cv-24342-RNS

### ORDER GRANTING MOTION FOR NEIL N. DESAI TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Neil N. Desai, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

    The Motion is GRANTED. Neil N. Desai may appear and participate in this action on behalf of Plaintiff, PayRange Inc. The Clerk shall provide electronic notification of all electronic filings to Neil N. Desai at ndesai@wsgr.com.

    DONE AND ORDERED in Chambers at _____, Florida, this ___ day of _____.

ROBERT N. SCOLA, JR.
United States District Judge

Copies furnished to: All Counsel of Record