UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PAYRANGE INC., <br><br> Plaintiff, <br><br> v. <br><br> KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., <br><br> Defendants. | CASE NO.: 1:20-cv-24342-RNS |

## CERTIFICATION OF JAMIE Y. OTTO

Jamie Y. Otto, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California State Bar and the U.S. District Court for the Northern District of California; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

/s/ Jamie Y. Otto
Jamie Y. Otto