UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PAYRANGE INC., <br><br> Plaintiff, <br><br> v. <br><br> KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., <br><br> Defendants. | CASE NO.: 1:20-cv-24342-RNS |

## CERTIFICATION OF GEORGE EDWARD POWELL III

George Edward Powell III, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California State Bar and the U.S. Court of Appeals for the Federal Circuit; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

/s/ George Edward Powell III
George Edward Powell III