STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAYRANGE INC.,

      Plaintiff,

    v.

KIOSOFT TECHNOLOGIES, LLC and
TECHTREX, INC.,

      Defendants.

CASE NO.: 1:20-cv-24342-RNS

**ORDER GRANTING MOTION FOR RYAN R. SMITH TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Ryan R. Smith, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. Ryan R. Smith may appear and participate in this action on behalf of Plaintiff, PayRange Inc. The Clerk shall provide electronic notification of all electronic filings to Ryan R. Smith at rsmith@wsgr.com.

DONE AND ORDERED in Chambers at _____, Florida, this day of _____.

_____
ROBERT N. SCOLA, JR.
United States District Judge

Copies furnished to: All Counsel of Record