UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PAYRANGE INC.,

    Plaintiff,

v.

KIOSOFT TECHNOLOGIES, LLC and
TECHTREX, INC.,

    Defendants.

CASE NO.: 1:20-cv-24342-RNS

## CERTIFICATION OF JAMES C. YOON

    James C. Yoon, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the California State Bar and the U.S. District Court for the Northern District of California; and (3) I have not filed three or more motions for *pro hac vice* admission in this District within the last 365 days.

                                                 /s/ James C. Yoon
                                                 James C. Yoon