UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

PAYRANGE, INC.                              )
                                            )
            Plaintiff,                      )
                                            )
v.                                          )
                                            )
KIOSOFT TECHNOLOGIES, LLC and               )
TECHTREX, INC.,                             )
                                            )
            Defendants.                     )
_____)

**DEFENDANTS KIOSOFT TECHNOLOGIES, LLC AND
TECHTREX, INC.'S MOTION TO DISMISS PLAINTIFF'S
CLAIM FOR INFRINGEMENT OF THE '833 PATENT (COUNT I)**

Defendants KioSoft Technologies, LLC and TechTrex, Inc. (collectively "Defendants"),
by counsel, respectfully move the Court, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the
Complaint [ECF No. 1] filed by Plaintiff PayRange, Inc. ("Plaintiff").  As set forth in the
accompanying Brief in Support of this Motion, Plaintiff's Count I ("Infringement of the '833
Patent") claims infringement of a patent that is directed to unpatentable subject matter under 35
U.S.C. § 101.  As a result, Count I of Plaintiff's Complaint fails to state a claim upon which relief
may be granted, and Defendants respectfully request that Count I of Plaintiff's Complaint be
dismissed.

Dated: March 2, 2021                 Respectfully submitted,

                                     /s/ John A. Camp
                                     John A. Camp
                                     Florida Bar Number 848115
                                     Ice Miller LLP
                                     7300 Biscayne Boulevard, Suite 200
                                     Miami, Florida 33138
                                     Phone:  305-341-9055
                                     John.Camp@icemiller.com

                                     *Counsel for Defendants KioSoft Technologies, LLC
                                     and TechTrex, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, John Camp, do further certify that I have caused a true and correct copy of Defendants KioSoft Technologies, LLC and TechTrex, Inc.'s Motion to Dismiss Plaintiff's Claim for Infringement of The '833 Patent (Count I) to be electronically mailed to all counsel of record included in the service list below on March 1, 2021 and that I have this day caused a true and correct copy of the same to be filed through the Court's ECF system, which system has sent notice to all counsel of record.

This, the 2nd day of March, 2021.


*/s/ John A. Camp*
John A. Camp

### <u>SERVICE LIST</u>

*PayRange Inc. v. KioSoft Technologies, LLC and TechTrex, Inc.*
Case No.:  1:20-cv-24342-RNS
United States District Court, Southern District of Florida

| | |
|---|---|
| Joseph R. Englander | James C. Yoon (pending PHV) |
| FOWLER WHITE BURNETT | Ryan R. Smith (pending PHV) |
| 1395 Brickell Avenue, 14th Floor | Jamie Y. Otto (pending PHV) |
| Miami, Florida 33131 | Neil N. Desai (pending PHV) |
| Telephone: (305) 789-9259 | WILSON SONSINI GOODRICH & ROSATI |
| Facsimile: (305) 728-7559 | Professional Corporation |
| Email:  jenglander@fowler-white.com | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| *Counsel for Plaintiff PayRange Inc.* | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| **VIA ECF** | Email: jyoon@wsgr.com, rsmith@wsgr.com, |
| | jotto@wsgr.com, ndesai@wsgr.com |
| | |
| | **VIA ECF** |