UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) |
| | ) |
| Defendants. | ) |

**(PROPOSED) ORDER GRANTING MOTION TO DISMISS**

Upon consideration of Defendants KioSoft Technologies, LLC and TechTrex, Inc.'s Motion to Dismiss, supporting Memorandum of Law, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

It is **FURTHER ORDERED** that Plaintiff PayRange, Inc.'s claim against Defendants KioSoft Technologies, LLC and TechTrex, Inc. is dismissed **WITH PREJUDICE**.

*SO ORDERED* this ____ day of _____, 2021.

_____
United States District Judge
Southern District of Florida

Distribution to:
All counsel of record.

Copies furnished:
All counsel of record via CM/ECF