UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and | ) |
| TECHTREX, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT KIOSOFT TECHNOLOGIES, LLC CORPORATE**
**DISCLOSURE STATEMENT AND CERTIFICATE OF INTERESTED PARTIES**

Defendant KioSoft Technologies, LLC ("KioSoft"), in accordance with Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement. KioSoft is a limited liability company organized and existing under the laws of the State of Florida. KioSoft has no parent corporation, and no publicly-held corporation owns any interest in KioSoft.

KioSoft identifies the following interested parties:

1. KioSoft;

2. Defendant TechTrex, Inc.; and

3. Plaintiff PayRange, Inc. and, if they exist, any of PayRange's subsidiaries, conglomerates, affiliates, parent corporations, publicly traded companies that own 10% or more of PayRange's stock, and all other identifiable legal entities related to PayRange in the case.

Dated: March 2, 2021 Respectfully submitted,

/s/ John A. Camp
John A. Camp
Florida Bar Number 848115
Ice Miller LLP
7300 Biscayne Boulevard, Suite 200
Miami, Florida 33138
Phone: 305-341-9055
John.Camp@icemiller.com

*Counsel for Defendants KioSoft Technologies, LLC and TechTrex, Inc.*

## CERTIFICATE OF SERVICE

I, John Camp, do further certify that I have caused a true and correct copy of Defendant KioSoft Technologies, LLC's Corporate Disclosure Statement and Certificate of Interested Parties to be electronically mailed to all counsel of record included in the service list below on March 1, 2021 and that I have this day caused a true and correct copy of the same to be filed through the Court's ECF system, which system has sent notice to all counsel of record.

This, the 2nd day of March, 2021.

*/s/ John A. Camp*
John A. Camp

## SERVICE LIST

*PayRange Inc. v. KioSoft Technologies, LLC and TechTrex, Inc.*
Case No.: 1:20-cv-24342-RNS
United States District Court, Southern District of Florida

Joseph R. Englander
FOWLER WHITE BURNETT
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone: (305) 789-9259
Facsimile: (305) 728-7559
Email: jenglander@fowler-white.com

*Counsel for Plaintiff PayRange Inc.*

**VIA ECF**

James C. Yoon (pending PHV)
Ryan R. Smith (pending PHV)
Jamie Y. Otto (pending PHV)
Neil N. Desai (pending PHV)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com, jotto@wsgr.com, ndesai@wsgr.com

**VIA ECF**

4829-5122-3006.1