UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATION OF HOLIDAY W. BANTA

I, Holiday W. Banta, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars of the State of Indiana, the U.S. Patent and Trademark Office, the U.S. District Court for the Southern District of Indiana, the U.S. District Court for the Northern District of Indiana, the U.S. District Court for the Western District of Texas, the U.S. District Court for the Northern District of Illinois, the U.S. District Court for the District of Colorado, the U.S. District Court for the Eastern District of Virginia, the U.S. Court of Appeals for the Seventh Circuit, the U.S. Court of Appeals for the Ninth Circuit, the U.S. Court of Appeals for the Federal Circuit, and the U.S. Supreme Court.

Dated: 3/8/2021

/s/*Holiday W. Banta*
HOLIDAY W. BANTA

4831-7951-2543.1