UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CERTIFICATION OF CHRISTIAN H. ROBERTSON II

I, Christian Robertson, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing in the State of Ohio.

Dated: 3/8/2021

/s/*Christian H. Robertson II*
CHRISTIAN H. ROBERTSON II

4820-7352-7007.1