UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) ) |
| | ) |
|       Defendants. | ) |
| | ) |
| | ) |

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Christian H. Robertson II, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. Christian H. Robertson II may appear and participate in this action on behalf of Kiosoft Technologies, LLC and Techtrex, Inc. The Clerk shall provide electronic notification of all electronic filings to Christian Robertson at Christian.Robertson@icemiller.com.

2

DONE AND ORDERED in Chambers at Miami-Dade County, Florida this _____ day of _____, 2021.

_____
ROBERT N. SCOLA, JR.
United States Judge

Copies furnished to:  All Counsel of Record

2