UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and | ) |
| TECHTREX, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

## CERTIFICATION OF BRYON WASSERMAN

I, Bryon Wasserman, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the Bars of the State of California, State of Pennsylvania, District of Columbia, Central District of California, Eastern District of Pennsylvania and Court of Appeals for the Federal Circuit.

Dated: 3/8/2021

_/s/Bryon Wasserman_
BRYON WASSERMAN