UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS


PAYRANGE, INC.                                          )
                                                       )
            Plaintiff,                            )
                                                       )
v.                                                     )
                                                       )
KIOSOFT TECHNOLOGIES, LLC and                          )
TECHTREX, INC.,                                        )
                                                       )
            Defendants.                           )
                                                       )
                                                       )


**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILINGS**
**<u>REGARDING BRYON WASSERMAN</u>**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for

Bryon Wasserman, Consent to Designation, and Request to Electronically Receive Notices of

Electronic Filing (the "Motion"), pursuant to the Local Rule 4(b) of the Special Rules Governing

the Admission and Practice of Attorneys of the United States District Court for the Southern

District of Florida, and pursuant to Rule 2B of the CM/ECF Administrative Procedures.  This

Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED.  Bryon Wasserman may appear and participate in this action

for purposes of appearance as co-counsel on behalf of Defendants KioSoft Technologies, LLC and

TechTrex, Inc. in the above-styled case only.  The Clerk shall provide electronic notification of all

2

electronic filings to Bryon Wasserman at Bryon.Wasserman@icemiller.com.

DONE AND ORDERED in Chambers at Miami County, Florida this _____ day of

_____, 2021.

_____

ROBERT N. SCOLA, JR.
United States Judge

Copies furnished to:  All Counsel of Record