UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and | ) |
| TECHTREX, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS REGARDING
T. EARL LEVERE**

In accordance with Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves (1) for the admission *pro hac vice* of T. Earl LeVere, of Ice Miller LLP, for purposes of appearance as co-counsel on behalf of Defendants KioSoft Technologies, LLC and TechTrex, Inc. in the above-styled case only, and (2), pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit T. Earl LeVere to receive electronic filings in this case. In support of this motion, the undersigned states as follows:

1.  T. Earl LeVere is not admitted to practice in the Southern District of Florida. He is a member in good standing of the Bar of the State of Ohio, the State of North Carolina, the United States Supreme Court, the U.S. District Court for the Southern District of Ohio, the U.S.

District Court for the Northern District of Ohio, the U.S. District for the Central District of Illinois, the U.S. District Court for the Middle District of North Carolina, the U.S. District Court for the Eastern District of North Carolina, the U.S. District Court for the Western District of North Carolina, the U.S. Court of Appeals for the Sixth Circuit, the U.S. Court of Appeals for the Eighth Circuit, the U.S. Court of Appeals for the Ninth Circuit, and the Federal Circuit Court of Appeals.

2. Movant, John A. Camp, of the law firm of Ice Miller LLP, 7300 Biscayne Boulevard, Suite 200, Miami, Florida 33138, (305) 341-9055, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, payment of this Court's $200 admission fee has been made on T. Earl LeVere's behalf. A certification in accordance with Rule 4(b) is attached hereto.

4. T. Earl LeVere, by and through designated counsel and pursuant to Section 2B, Southern District of Florida, CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to him at the following e-mail address: Earl.LeVere@icemiller.com.

5. A proposed order granting the requested relief is attached hereto.

WHEREFORE, John A. Camp moves this Court to enter an order permitting T. Earl LeVere to appear before this Court on behalf of KioSoft Technologies, LLC and TechTrex, Inc. for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to T. Earl LeVere at Earl.LeVere@icemiller.com.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: March 8, 2021                    Respectfully submitted,

/s/ John A. Camp
John A. Camp
Florida Bar Number 848115
Email: John.Camp@icemiller.com
          Esther.Rocco@icemiller.com
ICE MILLER LLP
7300 Biscayne Boulevard, Suite 200
Miami, Florida 33138
Telephone: (305) 341-9055

*Attorneys for Defendants KioSoft Technologies, LLC and TechTrex, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               *s/ John A. Camp*
                                               Attorney

## SERVICE LIST

*PayRange Inc. v. KioSoft Technologies, LLC and TechTrex, Inc.*
Case No.:  1:20-cv-24342-RNS
United States District Court, Southern District of Florida

| | |
|---|---|
| Joseph R. Englander<br>FOWLER WHITE BURNETT<br>1395 Brickell Avenue, 14th Floor<br>Miami, Florida  33131<br>Telephone:  (305) 789-9259<br>Facsimile:  (305) 728-7559<br>Email:  jenglander@fowler-white.com<br><br>*Counsel for Plaintiff PayRange Inc.*<br><br>**VIA CM/ECF** | James C. Yoon (PHV)<br>Ryan R. Smith (PHV)<br>Jamie Y. Otto (PHV)<br>George Edward Powell III (PHV)<br>Neil N. Desai (PHV)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: jyoon@wsgr.com, rsmith@wsgr.com, jotto@wsgr.com, epowell@wsgr.com, ndesai@wsgr.com<br><br>**VIA CM/ECF** |