UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and | ) |
| TECHTREX, INC., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ORDER GRANTING UNOPPOSED MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO**
**ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILINGS**
<u>**REGARDING T. EARL LEVERE**</u>

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for T. Earl LeVere, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, and pursuant to Rule 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion is GRANTED. T. Earl LeVere may appear and participate in this action for purposes of appearance as co-counsel on behalf of Defendants KioSoft Technologies, LLC and TechTrex, Inc. in the above-styled case only. The Clerk shall provide electronic notification of all

electronic filings to T. Earl LeVere at Earl.LeVere@icemiller.com.

DONE AND ORDERED in Chambers at Miami County, Florida this \_\_\_\_ day of _____, 2021.

                                                                  _____
ROBERT N. SCOLA, JR.
United States Judge

Copies furnished to:  All Counsel of Record