UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) ) |
| | ) |
| Defendants. | ) |
| | ) |

**<u>DECLARATION OF G. EDWARD POWELL III IN SUPPORT OF PAYRANGE'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S CLAIM FOR INFRINGEMENT OF THE '833 PATENT</u>**

I, G. Edward Powell III, declare as follows:

1. I am an attorney at Wilson Sonsini Goodrich & Rosati and am counsel for Plaintiff PayRange Inc. ("PayRange"). I make this Declaration based on my personal knowledge and in support of PayRange's Opposition to Defendants' Motion to Dismiss Plaintiff's Claim for Infringement of the '833 Patent.

2. Attached as Exhibit 1 is a true and correct copy of the Notice of Allowance and Fees Due for U.S. Patent No. 10,719,833, entered by the United States Patent and Trademark Office on March 11, 2020.

3. Attached as Exhibit 2 is a true and correct copy of selected pages from the file history of U.S. Patent No. 9,659,296 (the "'296 Patent"), excerpted from a copy of the file history that was filed with the United States Patent and Trademark Office by Defendants as an exhibit to a petition for covered business method (CBM) review of the '296 Patent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of March, 2021, in Palo Alto, California.

>  /s/ G. Edward Powell III
>  G. Edward Powell III

-3-

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was served on counsel for Defendant via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

*/s/ Joseph R. Englander*
Joseph R. Englander