# EXHIBIT 2

| | | Attorney Docket No. | 104402-5013-US |
|---|---|---|---|
| **UTILITY PATENT APPLICATION TRANSMITTAL** (Only for new nonprovisional applications under 37 CFR § 1.53(b)) | | First Inventor | Dr. Paresh K. Patel |
| | | Title | Method and System for Presenting Representations of Payment Accepting Unit Events |
| | | Electronically filed | August 12, 2014 |

Address to: **Commissioner for Patents**
P.O. Box 1450
Alexandria, VA 22313-1450

**APPLICATION ELEMENTS**
See MPEP Chapter 600 concerning utility patent application contents.

**ACCOMPANYING APPLICATION PARTS**

1. ☒ Fee Transmittal Form *(with duplicate for fee processing)*
2. ☒ Applicant claims Small Entity status, see 37 C.F.R. § 1.27
3. ☒ Specification   [Total Pages 69]
4. ☒ Drawing(s) *(35 USC § 113)*   [Total Sheets 45]
5. ☐ Oath or Declaration   [Total Pages       ]
   a. ☐ Newly executed *(original or copy)*
   b. ☐ Copy from a prior application *(37 CFR § 1.63(d))*
6. ☒ Application Data Sheet, see 37 C.F.R. § 1.76
7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program *(Appendix)*
   ☐ Landscape Table on CD
8. ☐ Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. ☐ Specification Sequence Listing on
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ Paper
   c. ☐ Statement verifying identity of above copies

9. ☐ Assignment Papers *(cover sheet & document(s))*
   Name of Assignee:
10. ☐ 37 CFR § 3.73(c) Statement
    a. ☐ Power of Attorney
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure Statement and PTO-1449
    a. ☐ Copies of citations attached
13. ☐ Preliminary Amendment
14. ☐ Return Receipt Postcard *(MPEP 503)*
15. ☐ Certified Copy of Priority Document(s) *(if foreign priority is claimed)*
16. ☐ Non-Publication Request under 35 U.S.C. § 122 (b)(2)(B)(i)
17. ☒ Other: Track-1 Certification and Request for Prioritized Examination (1 page)

**Note:** (1) Benefit claims under 37 CFR 1.78 and foreign priority claims under 1.55 MUST be included in an Application Data Sheet (ADS).
(2) For applications filed under 35 U.S.C. 111, the application must contain an ADS specifying the applicant if the applicant is an assignee, person to whom the inventor is under an obligation to assign, or person who otherwise shows sufficient proprietary interest in the matter. See 37 CFR 1.46(b).

**19. CORRESPONDENCE ADDRESS: Customer Number 24341**

| Signature | *[signature]* | Date | August 12, 2014 |
|---|---|---|---|
| Name (Print/Type) | Douglas J. Crisman | Registration No. (Attorney/Agent) | 39,951 |

DB2/ 25266737.1

KIOSOFT EX. 1006, P. 1

Application/Control Number: 14/458,199                                                                                   Page 5
Art Unit: 3691

As per claims 9, 16 and 23, Narayanan discloses the notification indicates failure of a transaction initiated by the user of the mobile device or a malfunction associated with the payment accepting unit.  See paragraph [0019] of Narayanan.

### *Claim Rejections - 35 USC § 101*

2.        35 U.S.C. 101 reads as follows:

> Whoever invents or discovers any new and useful process, machine, manufacture, or composition of matter, or any new and useful improvement thereof, may obtain a patent therefor, subject to the conditions and requirements of this title.

Claims 1-23 are rejected under 35 U.S.C. 101 because the claimed invention is directed to non-statutory subject matter.

The claims are directed towards performing an acknowledgement of a payment by a user of a mobile device responsive to a notification message from a payment system.  Performing an acknowledgment of a payment is a fundamental economic practice and thus, the claims include an abstract idea.  The claims do not include limitations that are "significantly more" than the abstract idea because the claims do not include an improvement to another technology or technical field, an improvement to the functioning of the computer itself, or meaningful limitations beyond generally linking the use of an abstract idea to a particular technological environment.  Note that the limitations, in the instant claims, are done by the generically recited mobile device and payment module. The limitations are merely instructions to implement the abstract idea on a computer and require no more than a generic computer to perform generic computer functions that are well-understood, routine and conventional activities previously

Application/Control Number: 14/458,199 Page 6
Art Unit: 3691

known to the industry. Therefore, claims 1-23 are rejected under 35 U.S.C. 101 as being directed to non-statutory subject matter.

## Conclusion

3. Any inquiry concerning this communication or earlier communications from the examiner should be directed to FRANTZY POINVIL whose telephone number is (571)272-6797. The examiner can normally be reached on Monday-Thursday.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Alexander Kalinowski can be reached on (571) 272-6771. The fax phone number for the organization where this application or proceeding is assigned is 571-273-8300.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free). If you would like assistance from a USPTO Customer Service Representative or access to the automated information system, call 800-786-9199 (IN USA OR CANADA) or 571-272-1000.

/Frantzy Poinvil/
Primary Examiner
Art Unit 3691

/FP/
December 9, 2014

KIOSOFT EX. 1006, P. 147

IN THE CLAIMS:

Cancel claims: 2, 7, 11, and 18.

Rewrite the pending claims and add new claims as follows:

1.      (Currently Amended)  A method of presenting representations of <u>vending machine</u> <s>payment accepting unit</s> events, comprising:

at a mobile device with one or more processors, memory, one or more output devices, and <u>a short-range transceiver</u> <s>two or more communication capabilities</s>:

<u>establishing, via the short-range transceiver, a connection between the mobile device and a payment module coupled with a vending machine;</u>

<u>after establishing the connection:</u>

<u>initiating, via the short-range transceiver, a transaction with the vending machine;</u>

<s>after sending a request to a payment module via a first communication capability to initiate a transaction with a payment accepting unit associated with the payment module,</s> obtaining<u>, via the short-range transceiver,</u> a notification from the payment module <s>via the first communication capability</s>, wherein the notification indicates an event at the <u>vending machine</u> <s>payment accepting unit associated with the payment module</s>; and

in response to obtaining the notification, providing a representation of the notification to a user of the mobile device via the one or more output devices of the mobile device.

2.      (Canceled)

3.      (Original)  The method of claim 1, wherein the one or more output devices of the mobile device include at least one of: a display, one or more speakers, one or more LEDs, and a vibration mechanism.

4.      (Original)  The method of claim 3, wherein the representation of the notification is at least one of:

a message displayed on the display of the mobile device;

a banner notification displayed on a display of the mobile device;

a vibration alert from the vibration mechanism of the mobile device;

an aural alert from the one or more speakers of the mobile device; and

a visual alert from the one or more LEDs of the mobile device.

KIOSOFT EX. 1006, P. 490

5.      (Currently Amended)  The method of claim 1, wherein the notification indicates completion of a transaction between the user of the mobile device and the <u>vending machine</u> <s>payment accepting unit</s>.

6.      (Currently Amended)  The method of claim 5, wherein <u>the mobile device includes a long-range transceiver and further wherein</u> the notification at least includes an amount of the completed transaction, and the method further comprises:

sending at least a portion of the notification to a server via <u>the long-range transceiver</u> <s>a second communication capability distinct from the first communication capability</s>.

7.      (Canceled)

8.      (Original)  The method of claim 1, wherein the notification indicates abortion of a transaction initiated by the user of the mobile device.

9.      (Currently Amended)  The method of claim 1, wherein the notification indicates failure of a transaction initiated by the user of the mobile device or a malfunction associated with the <u>vending machine</u> <s>payment accepting unit</s>.

10.     (Currently Amended)  A mobile device, comprising:
        <u>a short-range transceiver</u> <s>two or more communication capabilities</s>;
        one or more output devices;
        one or more processors; and
        memory storing one or more programs to be executed by the one or more processors, the one or more programs comprising instructions for:
                <u>establishing, via the short-range transceiver, a connection between the mobile device and a payment module coupled with a vending machine;</u>
                <u>after establishing the connection:</u>
                        <u>initiating, via the short-range transceiver, a transaction with the vending machine;</u>
                        <s>after sending a request to a payment module via a first communication capability to initiate a transaction with a payment accepting unit associated with the payment module,</s> obtaining<u>, via the short-range transceiver,</u> a notification from the payment module <s>via the first communication capability</s>, wherein the notification indicates an event at the <u>vending machine</u> <s>payment accepting unit associated with the payment module</s>; and

    in response to obtaining the notification, providing a representation of the notification to a user of the mobile device via the one or more output devices of the mobile device.

11. (Canceled)

12. (Original) The mobile device of claim 10, wherein the one or more output devices of the mobile device include at least one of: a display, one or more speakers, one or more LEDs, and a vibration mechanism.

13. (Original) The mobile device of claim 12, wherein the representation of the notification is at least one of:
  a message displayed on the display of the mobile device;
  a banner notification displayed on a display of the mobile device;
  a vibration alert from the vibration mechanism of the mobile device;
  an aural alert from the one or more speakers of the mobile device; and
  a visual alert from the one or more LEDs of the mobile device.

14. (Currently Amended) The mobile device of claim 10, wherein the notification indicates completion of a transaction between the user of the mobile device and the <u>vending machine</u> ~~payment accepting unit~~.

15. (Original) The mobile device of claim 10, wherein the notification indicates abortion of a transaction initiated by the user of the mobile device.

16. (Currently Amended) The mobile device of claim 10, wherein the notification indicates failure of a transaction initiated by the user of the mobile device or a malfunction associated with the <u>vending machine</u> ~~payment accepting unit~~.

17. (Currently Amended) A non-transitory computer readable storage medium storing one or more programs, the one or more programs comprising instructions, which, when executed by a mobile device with one or more processors, one or more output devices and <u>a short-range transceiver</u> ~~two or more communication capabilities~~, cause the mobile device to perform operations comprising:
  <u>establishing, via the short-range transceiver, a connection between the mobile device and a payment module coupled with a vending machine;</u>

<u>after establishing the connection:</u>

<u>initiating, via the short-range transceiver, a transaction with the vending machine;</u>

~~after sending a request to a payment module via a first communication capability to initiate a transaction with a payment accepting unit associated with the payment module,~~ obtaining, <u>via the short-range transceiver,</u> a notification from the payment module ~~via the first communication capability,~~ wherein the notification indicates an event at the <u>vending machine</u> ~~payment accepting unit associated with the payment module~~; and

in response to obtaining the notification, providing a representation of the notification to a user of the mobile device via the one or more output devices of the mobile device.

18.   (Canceled)

19.   (Original)  The non-transitory computer readable storage medium of claim 17, wherein the one or more output devices of the mobile device include at least one of: a display, one or more speakers, one or more LEDs, and a vibration mechanism.

20.   (Original)  The non-transitory computer readable storage medium of claim 19, wherein the representation of the notification is at least one of:
   a message displayed on the display of the mobile device;
   a banner notification displayed on a display of the mobile device;
   a vibration alert from the vibration mechanism of the mobile device;
   an aural alert from the one or more speakers of the mobile device; and
   a visual alert from the one or more LEDs of the mobile device.

21.   (Currently Amended)  The non-transitory computer readable storage medium of claim 17, wherein the notification indicates completion of a transaction between the user of the mobile device and the <u>vending machine</u> ~~payment accepting unit~~.

22.   (Original)  The non-transitory computer readable storage medium of claim 17, wherein the notification indicates abortion of a transaction initiated by the user of the mobile device.

23.   (Currently Amended)  The non-transitory computer readable storage medium of claim 17, wherein the notification indicates failure of a transaction initiated by the user of the mobile device or a malfunction associated with the <u>vending machine</u> ~~payment accepting unit~~.

KIOSOFT EX. 1006, P. 493

24. (New) The method of claim 1, wherein the mobile device includes an accelerometer and the method further comprises:

    based on data from the accelerometer, determining whether the user is walking away from the vending machine; and

    in accordance with a determination that the user is walking away from the vending machine, canceling the connection.

25. (New) The method of claim 1, wherein the notification reflects a status of the transaction at the vending machine.

26. (New) The method of claim 1, further comprising:

    in addition to obtaining the notification, receiving, via the short-range transceiver, a coupon that is targeted to the user of the mobile device based on the transaction.

<u>REMARKS</u>

This amendment responds to the office action mailed January 5, 2015. In the office action the Examiner:

- rejected claims 1-23 under 35 U.S.C. 101 as being directed to non-statutory subject matter; and
- rejected claims 1-23 under 35 U.S.C. 102(b) as anticipated by U.S. Pub. No. 2013/0166448 (hereinafter "Narayanan").

<u>*MCKESSON STATEMENT*</u>

The pending application is potentially related to: U.S. Patent No. 8,856,045 which issued from U.S. Patent Application No. 14/214,644; U.S. Patent Application No. 14/456,683; U.S. Patent Application No. 14/335,762; and U.S. Design Patent Application No. 29/477,025. The Examiner is encouraged to review the art made of record, Office Actions and the Notice of Allowance(s) in the above-mentioned related application, all of which are available on PAIR.

<u>*SUBSTANCE OF INTERVIEW*</u>

Applicant's attorneys thank the Examiner's supervisor, Alexander Kalinowski, for his comments during a telephonic interview on April 2, 2015 with Alex Stein (Reg. No. 71,397). In the interview, the Examiner and Applicant's attorney discussed proposed amendments to claim 1 and potential new dependent claims. The Examiner suggested incorporating subject matter from one of the proposed new dependent claims, in order to overcome the current rejections. Accordingly, claim 1 includes the proposed amendments discussed during the interview and also includes a "vending machine," instead of a "payment accepting unit."

<u>*AMENDMENTS TO THE SPECIFICATION*</u>

Paragraphs 0056, 0057, 0066, 0071, 0072, 0073, 0079, 0081, 0089, 0091, 0095, 00109, 00128, 00133, 00140, 00145, 00148, 00156, 00162, 00165, 00167, and 00171 have been amended to correct grammatical and typographical errors. No new matter has been added.

KIOSOFT EX. 1006, P. 495

Application/Control Number: 14/458,199 Page 2
Art Unit: 3691

The present application, filed on or after March 16, 2013, is being examined under the first inventor to file provisions of the AIA.

## DETAILED ACTION

### Response to Arguments

1.    Applicant's arguments filed 4/6/2015 have been fully considered but they are not persuasive.

2.    The 35 USC 101 rejection has been withdrawn in view of the applicant's amendment filed 4/6/2015.

### Claim Rejections - 35 USC § 102

3.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a)(1) the claimed invention was patented, described in a printed publication, or in public use, on sale or otherwise available to the public before the effective filing date of the claimed invention.

Claims 1, 3-6, 8-10, 12-17, 19-23 and 25 are rejected under 35 U.S.C. 102(b) as being anticipated by Narayanan (US Pub. No. 2013/0166448).

In response to the applicant's amendment, as per claims 1, 10 and 17, Narayanan discloses a system, method and computer program product for facilitating a user to perform a financial transaction at a point of sale system using a smartphone or mobile device. See the abstract of Narayanan. As with most mobile devices or smartphones, the mobile device of

KIOSOFT EX. 1006, P. 598