UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KIOSOFT TECHNOLOGIES, LLC and TECHTREX, INC., | ) ) ) |
| Defendants. | ) ) ) |

**DEFENDANTS' NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS AND *FINTIV* STIPULATION**

Defendants KioSoft Technologies, LLC and TechTrex, Inc. ("Defendants"), pursuant to Local Rule 3.8, file this Notice of Pending, Refiled, Related or Similar Actions identifying for the Court the following similar action or proceeding now pending before another court or administrative agency: *KioSoft Technologies, LLC and TechTrex, Inc. v. PayRange, Inc.*, Petition for Post-Grant Review through the Patent Trial and Appeal Board ("PTAB") of Plaintiff PayRange, Inc.'s alleged U.S. Patent Number 10,719,833 (the "Alleged Patent")(Petition No. PGR2021-00077 filed April 21, 2021).

With regard to the stipulation made according to the holding in *Apple v. Fintiv*, IPR2020-00019, 2020 WL 2126495, at \*5 (P.T.A.B. Mar. 20, 2020), Defendants stated in their Petition for Post-Grant Review that, if the PTAB decides to institute that Post-Grant Review proceeding in order to render a substantive decision thereon, Defendants will not pursue in this lawsuit any invalidity claim that is raised or that reasonably could have been raised in their PTAB Petition for Post-Grant Review concerning the invalidity of the Alleged Patent.

1

Dated: April 23, 2021                          Respectfully submitted,

/s/ John A. Camp
John A. Camp
Florida Bar Number 848115
Ice Miller LLP
7300 Biscayne Boulevard, Suite 200
Miami, Florida 33138
Phone:  305-341-9055
John.Camp@icemiller.com

Holiday W. Banta, *pro hac vice*
Ice Miller LLP
One American Square, Suite 2900
Indianapolis, IN 46282
Phone: 317-236-5882
H.Banta@icemiller.com

T. Earl LeVere, pro hac vice
Ice Miller LLP
250 West Street, Suite 700
Columbus, OH 43215
Phone:  614-462-1095
Earl.LeVere@icemiller.com

Christian H. Robertson II, *pro hac vice*
Ice Miller LLP
200 Massachusetts Ave., NW, Suite 400
Washington, D.C. 20001
Phone: 202-807-4021
Christian.Robertson@icemiller.com

*Counsel for Defendants KioSoft Technologies, LLC and TechTrex, Inc.*

**CERTIFICATE OF SERVICE**

I, John Camp, do further certify that I have caused a true and correct copy of Defendants' Notice of Pending, Refiled, Related or Similar Actions and *Fintiv* Stipulation to be filed through the Court's ECF system, which system has sent notice to all counsel of record.

This, the 23rd day of April, 2021.

/s/ *John A. Camp*
John A. Camp

**SERVICE LIST**

*PayRange Inc. v. KioSoft Technologies, LLC and TechTrex, Inc.*
Case No.: 1:20-cv-24342-RNS
United States District Court, Southern District of Florida

| | |
|---|---|
| Joseph R. Englander<br>FOWLER WHITE BURNETT<br>1395 Brickell Avenue, 14th Floor<br>Miami, Florida 33131<br>Telephone: (305) 789-9259<br>Facsimile: (305) 728-7559<br>Email: jenglander@fowler-white.com<br><br>*Counsel for Plaintiff PayRange Inc.*<br><br>**VIA ECF** | James C. Yoon (PHV)<br>Ryan R. Smith (PHV)<br>Jamie Y. Otto (PHV)<br>Neil N. Desai (PHV)<br>George E. Powell III (PHV)<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br>Email: jyoon@wsgr.com, rsmith@wsgr.com, jotto@wsgr.com, ndesai@wsgr.com, epowell@wsgr.com<br><br>**VIA ECF** |