UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS AMENDED COMPLAINT**

Plaintiff PayRange, Inc. ("Plaintiff") respectfully moves this Court for a one-week extension on its response to Defendants' Motion to Dismiss the Amended Complaint, filed April 27, 2021 [ECF No. 38] ("Motion"). Plaintiff's opposition to the Motion is currently due on May 11, 2021. Due to briefing deadlines and discovery obligations in other matters, complying with the current deadline will be challenging. As such, Plaintiff believes there to be good cause for the requested one-week extension. *See* Fed. R. Civ. P. 16(b)(4). Plaintiff met and conferred with Defendants regarding the requested one-week extension. Defendants do not oppose.

As such, Plaintiff respectfully requests that its deadline to file an opposition to the Motion be extended until May 18, 2021.

Dated: April 29, 2021                          Respectfully submitted,

 /s/ Joseph R. Englander
Joseph R. Englander
FOWLER WHITE BURNETT
1395 Brickell Avenue, 14th Floor
Miami, Florida 33131
Telephone: (305) 789-9259
Facsimile: (305) 728-7559
Email: jenglander@fowler-white.com

James C. Yoon (PHV)
Ryan R. Smith (PHV)
Jamie Y. Otto (PHV)
George E. Powell III (PHV)
Neil N. Desai (PHV)
WILSON SONSINI GOODRICH &
ROSATI Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jyoon@wsgr.com, rsmith@wsgr.com,
jotto@wsgr.com, epowell@wsgr.com,
ndesai@wsgr.com

*Counsel for Plaintiff PayRange, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing document has been served on April 29, 2021, via the Court's CM/ECF system on all counsel of record who have consented to electronic service.

                                                /s/ DRAFT
                                                Joseph R. Englander

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

| | |
|---|---|
| PAYRANGE, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIOSOFT TECHNOLOGIES, LLC *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR EXTENSION**

This matter, having come before the Court on Plaintiff PayRange, Inc's Unopposed Motion Extension ("the Motion"), and the Court, having reviewed the Motion now finds that the Motion should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff has until May 18, 2021 to file an opposition to Defendants' Motion to Dismiss the Amended Complaint, filed April 27, 2021 [ECF No. 39].

*SO ORDERED* this _____ day of _____, 2021.

_____
United States District Judge