**Declaration by Zakir Mohiuddin**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-24342-RNS

PAYRANGE, INC.,

    Plaintiff,

v.

KIOSOFT TECHNOLOGIES, LLC and
TECHTREX, INC.,

    Defendants.

**HIGHLY CONFIDENTIAL DECLARATION OF ZAKIR MOHIUDDIN
IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Zakir Mohiuddin, do hereby declare the following under penalty of perjury:

1. I am over the age of eighteen, have never been convicted of a felony or a crime involving moral turpitude, and I am competent to make this declaration.

2. I am currently a product manager at TechTrex and have been employed at TechTrex since 2009, working first as a technician from about 2013-2014, as a deployment manager from 2014 to about 2016, and working currently as a product manager.

3. As a product manager, I understand the features of various hardware and software payment solutions for the laundry industry and manage products such as CleanReaders, CleanPay Mobile, and CleanPay Mobile's white-label variants. All statements contained herein are based on my personal knowledge arising from my handling of these hardware and software payment solutions for the laundry industry.

4. [REDACTED]

1

7. ███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████
███████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
████████████████████.

8. ███████████████████████████████████
███████████████████████████████
███████████████████████████████████████.

9. ███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████████
████████.

4876-8178-7548.1



Figure 1

10. As shown in Figure 1 above, ███████████████████████████
████████████████████████████████████████████.

11. ████████████████████████████████████████████████████
████████████████████████████████████████████████████
█████.

12. Figure 2 is a true and accurate copy of a first page of the CleanPay Mobile app.

3

4876-8178-7548.1



Figure 2

13.     Prior to the user selecting a laundry cycle, the user must determine the SRC.  To get the SRC, the user must: (i) manually enter the SRC, (ii) scan a QR code on the machine, or (iii) manually enter a machine number.  As shown in Figure 2 above, the first page of the CleanPay Mobile app and its white-label variants instructs the user to choose one of entering the SRC manually, scanning a QR code, or entering the laundry machine number.  ███████████ ████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ██████████████████████████████████████████████ █████████████████████████████████████████████████ ██████████████████████████████████████████████████ ████████████████████████████████████████████████ █████████████████████████████████████████████████ ████████████████████████████████████

14.     The user either registers her or his account on the server or logs in to the user's account.  Once logged in, the app prompts the user to scan the QR code on the machine or select the machine number and enter it manually.  ████████████████████████████████ ████████████████████████████████████████ ███████████████████████████

4



15. █████████████████████████

16. █████████████████████████

17. █████████████████████████

18. █████████████████████████

5

4876-8178-7548.1

19. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████████████.

20. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
████████

21. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████.

22. ███████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████.

23. ███████████████████████████████████████
█████████████████████████████.

24. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
██████████████████████████████████.

25. ███████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
█████████████████████████████████████████.

6

4876-8178-7548.1

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on January 26, 2024

_____
Zakir Mohiuddin